■ In the Matter of DONALD FAISON, Petitioner, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [710 NYS2d 239] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Free v Coombe,* 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Cayuga County, Corning, J.) Present—Wisner, J. P., Hurlbutt, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMETRIUS J., Appellant. [708 NYS2d 212] —Adjudication unanimously affirmed. Memorandum: Defendant contends that County Court erroneously informed him that he was eligible for the shock incarceration program (*see,* Correction Law art 26-A) and thus that his guilty plea was not knowingly, voluntarily and intelligently entered. We disagree. Although defendant pleaded guilty to a violent felony offense, he was adjudicated a youthful offender. Because "[a] youthful offender adjudication is not a judgment of conviction for a crime or any other offense" (CPL 720.35 [1]), defendant was an "eligible inmate" as that term is defined in Correction Law § 865 (1). (Appeal from Adjudication of Jefferson County Court, Clary, J.—Youthful Offender.) Present—Wisner, J. P., Hurlbutt, Balio and Lawton, JJ.